IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOTOWN RECORD COMPANY, L.P.,
a California limited partnership, et al.,

        Plaintiffs,

v.                               CASE NO.: 1:08cv202-SPM/AK

DOES 1-2,

        Defendants.
_____/

## ORDER GRANTING LEAVE TO TAKE DISCOVERY

This cause comes before the Court on Plaintiffs' Motion for Leave to Take Immediate Discovery (doc. 3). Plaintiffs explain that the discovery is needed to determine the identity of the Doe Defendants and that until the Doe Defendants are identified, they cannot conduct the attorney conference required by Federal Rule of Civil Procedure 26(f). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 3) is granted.

2.     Plaintiffs may serve subpoenas on the University of Florida (or the appropriate entity with custody or control of University of Florida documents or electronically stored information). The subpoenas must be limited to

the scope described in the motion. The responding entity or any interested person may move to quash subpoenas in accordance with the Federal Rules of Civil Procedure. This order expresses no view on the merits of any motion to quash.  Unless authorized by further order, Plaintiffs must not use any documents or electronically-stored information obtained as a result of this order for any purpose other than this case or any other similar litigation that may be filed based on the alleged copyright infringement at issue in this case.

DONE AND ORDERED this 22nd day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:08cv202-SPM/AK