IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOTOWN RECORD COMPANY, L.P.,
a California limited partnership, et al.,

       Plaintiffs,

v.                              CASE NO.: 1:08cv202-SPM/AK

DOES 1-2,

       Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice and with each party to bear its own fees and costs, pursuant to Plaintiffs' Notice of Dismissal Without Prejudice (doc. 7) and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the clerk shall close this case.

SO ORDERED this 12th day of November, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge